Núm. 1132.—DELGADO ET ALS., peticionarios, *v.* CORTE, dmda.— Marzo 9, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la solicitud de *certiorari* radicada por los peticionarios para que revisemos y anulemos la resolución de la corte recurrida resolviendo excepciones previas, y vista la jurisprudencia sentada por este Tribunal Supremo en los casos de *Rodríguez v. Sepúlveda,* 19 D.P.R. 1169, *Martínez v. Soto Nussa,* 20 D.P.R. 359, *Muñoz et al.* v. *Corte de Distrito,* 31 D.P.R. 820, y *Miranda v. Corte Municipal,* 36 D.P.R. 865, se declara no haber lugar a expedir el auto solicitado.

El Juez Asociado Sr. Córdova Dávila no intervino.